ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2013 MAY 16  P 2: 05

CLERK_____
SO. DIST. OF GA.

RANDY REQUE, )
)
    Plaintiff, )
)
v. ) CV 313-011
)
L.T. BEASLEY, )
)
    Defendant. )

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED** without prejudice, and this civil action is **CLOSED**.

SO ORDERED this 16th day of May, 2013, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE